UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
VANESSA SCOTT
EDUARDO PIERRE

      -v-
                                  ORDER OF DISMISSAL FOR
                                    LACK OF ACTIVITY
                                    CV 15-2985 (JS)(AYS)

PINNACLE RECOVERY, INC.
----------------------------------------X

APPEARANCES:

FOR PLAINTIFF(S):
Adam Fishbein, Esq.
483 Chestnut St.
Cedarhurst NY 11516

FOR DEFENDANT(S):
none

SEYBERT, DISTRICT JUDGE:

       The above-captioned action was opened with the filing of a complaint on May 21, 2015.

       After two periods of no docket activity, Magistrate Judge Anne Y. Shields issued a Report and Recommendation that the case be dismissed for failure to prosecute on Jun. 26, 2017 (docket entry [6]). There has been no objection received, and the Report and Recommendation is ADOPTED.

       IT IS HEREBY ORDERED that the case be DISMISSED with prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

                                                     SO ORDERED.

                                                  /s/ JOANNA SEYBERT
                                                  JOANNA SEYBERT, U.S.D.J.

Dated:   Central Islip, New York
           Aug. 18, 2017